United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-05473-HWV |
| Jo Ann Becker | Chapter 13 |
| Kim L. Becker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Feb 18, 2021 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jo Ann Becker, Kim L. Becker, 656 Chimney Rock Road, Hellam, PA 17406-9051 |
| cr | + | PennyMac Loan Services, LLC, C/O Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500 Altanta, GA 30305-1636 |
| 4736675 | + | Apex Asset Mang., 2501 Oregon Pike, Sre102, Lancaster, PA 17601-4890 |
| 4736677 | + | BYL Services, 301 Lacey Street, West Chester, PA 19382-3727 |
| 4736681 | + | Commercial Acceptance, 2 W. Main Street, Camp Hill, PA 17011-6326 |
| 4736684 | + | Financial Recoveries, 200 East Park Drive, Ste. 100, Mount Laurel, NJ 08054-1297 |
| 4755217 | + | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4749257 | + | LeeAnne O Huggins Esquire, Shapiro & DeNardo LLC, 3600 Horizon Drive Suit150, King of Prussia, PA 19406-4702 |
| 4736688 | + | Michael Ratchford, Esq., 409 Lackawanna Ave., Ste. 3, Scranton, PA 18503-2062 |
| 4782996 | ++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Nationstar Mortgage LLC, PO Box 619096, Dallas TX 75261-9741 |
| 4749031 | + | Nationstar Mortgage LLC, c/o LeeAne O. Huggins, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4738560 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 4736691 | | Nissan Motor Acceptance, PO Box 9001132, Columbia, PA 17512 |
| 4766693 | + | PENNYMAC LOAN SERVICES, LLC, 6101 CONDOR DRIVE SUITE #200, MOORPARK, CA 93021-2602 |
| 4736692 | + | PennyMac, 700 17th Street, Ste. 200, Denver, CO 80202-3558 |
| 4740613 | + | PennyMac Loan Services, LLC, C/O Aldridge Pite, LLP, Fifteen Piedmont Center, 3575 Piedmont Road, N.E., Suite 500, Atanta, GA 30305-1636 |
| 4736695 | | Sears/CBNA, PO Box 6479, Sioux Falls, SD 57117 |
| 4736696 | + | Social Security Amin., 300 Spring Garden Street, Philadelphia, PA 19123-2999 |
| 4736698 | | Wells Fargo, PO Box3117, Winston Salem, NC 27102-3117 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4736674 | | EDI: AMEREXPR.COM | | |
| | | | Feb 18 2021 23:53:00 | American Express, PO Box 360001, Fort Lauderdale, FL 33336-0001 |
| 4756792 | | EDI: BECKLEE.COM | | |
| | | | Feb 18 2021 23:53:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4736676 | + | EDI: TSYS2.COM | | |
| | | | Feb 18 2021 23:53:00 | Barclay's Bank of Delaware, 125 South West Street, Wilmington, DE 19801-5014 |
| 4787622 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 18 2021 19:39:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4736678 | + | EDI: CAPITALONE.COM | | |
| | | | Feb 18 2021 23:53:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 4736679 | | EDI: CAPITALONE.COM | | |
| | | | Feb 18 2021 23:53:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 4741654 | | EDI: CAPITALONE.COM | | |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Feb 18 2021 23:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4763296 | + | EDI: CRFRSTNA.COM | Feb 18 2021 23:53:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4736682 | + | EDI: CRFRSTNA.COM | Feb 18 2021 23:53:00 | Credit First Natl. Assoc., PO Box 81315, Cleveland, OH 44181-0315 |
| 4736683 | | EDI: DISCOVER.COM | Feb 18 2021 23:53:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 4738681 | | EDI: DISCOVER.COM | Feb 18 2021 23:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4736685 | | EDI: BLUESTEM | Feb 18 2021 23:53:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 4736686 | + | EDI: AMINFOFP.COM | Feb 18 2021 23:53:00 | First Premier Bank, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 4736680 | | EDI: JPMORGANCHASE | Feb 18 2021 23:53:00 | Chase, PO Box 15298, Wilmington, DE 19850 |
| 4740928 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2021 20:05:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4736687 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 18 2021 20:05:14 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 4736689 | + | EDI: MID8.COM | Feb 18 2021 23:53:00 | Midland Credit MGMT, 8875 Aero Dr., Ste. 200, San Diego, CA 92123-2255 |
| 4771288 | + | EDI: MID8.COM | Feb 18 2021 23:53:00 | Midland Funding LLC, Po Box 2011, Warren, MI 48090-2011 |
| 4736694 | | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 4750961 | | EDI: PRA.COM | Feb 18 2021 23:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4738558 | | Email/Text: ebn@vativrecovery.com | Feb 18 2021 19:39:00 | Palisades Collections, LLC, VATIV RECOVERY SOLUTIONS LLC, dba SMC, As agent for Palisades Collections, LLC, P.O. Box 40728, Houston, TX 77240-0728 |
| 4736693 | + | Email/Text: info@phoenixfinancialsvcs.com | Feb 18 2021 19:39:00 | Phoenix Fin., 8902 Otis Ave., Indianapolis, IN 46216-1077 |
| 4768049 | + | EDI: JEFFERSONCAP.COM | Feb 18 2021 23:53:00 | Premier Bank, LLC, c o Jefferson Capital Systems LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 |
| 4774776 | | EDI: Q3G.COM | Feb 18 2021 23:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4739579 | | EDI: RECOVERYCORP.COM | Feb 18 2021 23:53:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4736697 | + | EDI: CITICORP.COM | Feb 18 2021 23:53:00 | Sunoco, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4742626 | | EDI: RMSC.COM | Feb 18 2021 23:53:00 | Synchrony Bank, c/o Recovery Management Systems, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 4741009 | | EDI: WFFC.COM | Feb 18 2021 23:53:00 | Wells Fargo Bank, N.A., dba Wells Fargo Dealer S, PO Box 19657, irvine, CA 92623-9657 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | NATIONSTAR MORTGAGE LLC, c/o LeeAne O. Huggins, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 4736690 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, LLC., 350 Highland Drive, Lewisville, TX 75067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com logsecf@logs.com |
| David A Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| LeeAne O Huggins | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Mario John Hanyon | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas Song | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| Thomas William Fleckenstein | on behalf of Debtor 2 Kim L. Becker FleckensteinLaw@yahoo.com TFleck84@yahoo.com |

Thomas William Fleckenstein     on behalf of Debtor 1 Jo Ann Becker FleckensteinLaw@yahoo.com TFleck84@yahoo.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 16

| **Information to identify the case:** | |
|---|---|
| Debtor 1: Jo Ann Becker<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2750<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2: Kim L. Becker<br>(Spouse, if filing)<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0812<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number: 1:15–bk–05473–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jo Ann Becker

Kim L. Becker
fka Kim L. Trexler

2/18/21

**By the court:** Henry W. Van Eck
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**