Re:

JO ANN BECKER   Case No.: 1-15-05473-HWV
KIM L. BECKER   Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 24 |
| Last Four of Loan Number: | Chimney Rock Rd - PRE-ARREARS - 7676 |
| Property Address if applicable: | 656 CHIMNEY ROCK ROAD, , HELLAM, PA17406 |

**PART 2: CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $3,894.93 |
| b. | Prepetition arrearages paid by the Trustee: | $3,894.93 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $3,894.93 |

**PART 3: POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)
Current Monthly Mortgage Payment: $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding: UNKNOWN

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: February 25, 2021   Respectfully submitted,

        s/ Charles J. DeHart, III, Trustee
        Standing Chapter 13 Trustee
        Suite A, 8125 Adams Drive
        Hummelstown, PA  17036
        Phone:  (717) 566-6097
        Fax:  (717) 566-8313
        eMail: dehartstaff@pamd13trustee.com

Creditor Name: NATIONSTAR MORTGAGE
Court Claim Number: 24

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5210 | 1158010 | 11/02/2016 | $21.89 | $0.00 | $21.89 |
| 5210 | 1159623 | 12/06/2016 | $299.49 | $0.00 | $299.49 |
| 5210 | 1161192 | 01/12/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1162729 | 02/08/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1164255 | 03/09/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1165875 | 04/12/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1167425 | 05/11/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1169007 | 06/13/2017 | $598.98 | $0.00 | $598.98 |
| 5210 | 1171916 | 08/10/2017 | $598.98 | $0.00 | $598.98 |
| 5210 | 1173439 | 09/19/2017 | $299.49 | $0.00 | $299.49 |
| 5210 | 1176055 | 11/08/2017 | $298.22 | $0.00 | $298.22 |
| 5210 | 1177452 | 12/05/2017 | $280.43 | $0.00 | $280.43 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:
JO ANN BECKER  Case No.: 1-15-05473-HWV
KIM L. BECKER  Chapter 13
Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 25, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| THOMAS W FLECKENSTEIN, ESQUIRE<br>470 LOCUST STREET<br>COLUMBIA PA, 17512- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE LLC<br>D/B/A MR. COOPER<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| JO ANN BECKER<br>KIM L. BECKER<br>656 CHIMNEY ROCK ROAD<br>HELLAM, PA 17406 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 25, 2021

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com