United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 15-05473-HWV
Jo Ann Becker                                      Chapter 13
Kim L. Becker
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                              Page 1 of 2
Date Rcvd: May 18, 2021                      Form ID: fnldec                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2021:**

**Recip ID**           **Recipient Name and Address**
db/jdb               +   Jo Ann Becker, Kim L. Becker, 656 Chimney Rock Road, Hellam, PA 17406-9051

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2021                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com logsecf@logs.com |
| David A Scott | on behalf of Creditor Nissan Motor Acceptance Corporation scott@lg-law.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Jeremy John Kobeski | on behalf of Creditor Pennymac Loan Services LLC pamb@fedphe.com |
| Kevin S Frankel | on behalf of Creditor NATIONSTAR MORTGAGE LLC pa-bk@logs.com |

| | |
|---|---|
| Kristen D Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| LeeAne O Huggins | on behalf of Creditor NATIONSTAR MORTGAGE LLC pabk@logs.com |
| Mario John Hanyon | on behalf of Creditor PennyMac Loan Services LLC pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PennyMac Loan Services LLC bkgroup@kmllawgroup.com |
| Recovery Management Systems Corporation | claims@recoverycorp.com |
| Thomas Song | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| Thomas Song | on behalf of Creditor PennyMac Loan Services LLC tomysong0@gmail.com |
| Thomas William Fleckenstein | on behalf of Debtor 1 Jo Ann Becker FleckensteinLaw@yahoo.com TFleck84@yahoo.com |
| Thomas William Fleckenstein | on behalf of Debtor 2 Kim L. Becker FleckensteinLaw@yahoo.com TFleck84@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 16

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jo Ann Becker,<br>**Debtor 1** | Chapter 13 |
| Kim L. Becker,<br>fka Kim L. Trexler,<br>**Debtor 2** | Case No. 1:15−bk−05473−HWV |

Social Security No.:
xxx−xx−2750    xxx−xx−0812

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Jack N Zaharopoulos (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 18, 2021

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (10/20)